NASWORTHY *v.* THE STATE.

ATKINSON, J.   There being no assignment of error upon any ruling of
law, and the evidence being sufficient to support the verdict, the dis-
cretion of the trial judge in refusing a new trial will not be disturbed.
                    *Judgment affirmed.   All the Justices concur.*
                    JANUARY 14, 1913.

Indictment for murder.   Before Judge Rawlings.   Jenkins su-
perior court.   October 28, 1912.

*A. S. Anderson,* for plaintiff in error.

*T. S. Felder, attorney-general, Alfred Herringlon, solicitor-gen-
eral,* and *Hines & Jordan,* contra.

---

SMITH *v.* THE STATE.

BECK, J.   1. Where it was sought to prove by a witness for the State that
the defendant. had made a confession, and the witness referred to testi-
fied that the confession was made freely and voluntarily, not under
the influence of any threat or promise, under the rule of law that
confessions are to be passed upon by the jury in all respects the court
did not err in admitting the evidence of confession, over objection made
by counsel for the defendant on the ground that "the statement was
made by the defendant after he had been run down by a posse and
caught by dogs, and that he was in the possession of the coroner." *Price
v. State,* 114 *Ga.* 855 (40 S. E. 1015) ; *Holsenbake* v. *State,* 45 *Ga.* 43.
2. Failure of the court to charge the jury on the law of confessions is
not ground for a new trial, where there was no written request for a
charge on that subject.
3. There was ample evidence to support the verdict.
                    *Judgment affirmed.   All the Justices concur.*
                    JANUARY 14, 1913.

 Indictment for murder.   Before Judge Meadow.   Madison su-
perior court.   October 26, 1912.

*John E. Gordon,* for plaintiff in error.   *Thomas S. Felder, at-
torney-general,* and *Thomas J. Brown, solicitor-general,* contra.